sage
PERSONAL FINANCE

# Certificate of Debtor Education

I certify that on 11/13/2026 Deadrianne Crandall

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of North Carolina .

Case number: 26-80366

Certificate number: NCM26-803665135124

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance